# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-04915-5-JNC |
| | ) | |
| Sidney Patrick King and Elsie Parker King | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |

## REQUEST FOR NOTICES

NOW COMES CadleRock Joint Venture, L.P. and requests to be placed on the mailing matrix of this case. The address is as follows:

    CadleRock Joint Venture, L.P.
    Attention: CCD30021
    100 North Center Street
    Newton Falls, OH  44444

This request is to receive all notices and mailings from the Clerk of this Court in this case.

    Respectfully submitted,

Date: November 15, 2018    By: /s/ Michael Bowman
    Michael Bowman, Account Officer
    CadleRock Joint Venture, L.P.
    100 North Center Street
    Newton Falls, OH  44444
    Phone: 330-872-0918, Ext. 3517
    michael.bowman@cadleco.com

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-04915-5-JNC |
| | ) | |
| Sidney Patrick King and Elsie Parker King | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Request for Notices was deposited in the United States mail, first class, postage prepaid, on November 15, 2018, unless notified electronically via the Notice of Filing, addressed to the following:

Joseph A. Bledsoe III, Trustee
P. O. Box 1618
New Bern, NC 28563

Jeremy Harn, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

/s/ Kathleen J. Bryner
Kathleen J. Bryner, Bankruptcy Secretary